# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BENNY BOYD MOONEY,

    Plaintiff,

v.                                    CASE NO.  4:06cv192-RH/WCS

JAMES McDONOUGH, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 6), and the objections thereto (document 8). I have reviewed de novo the issues raised by the objections.

Plaintiff is a state prisoner. He was subjected to discipline including the loss of gain time. In this action under 42 U.S.C. § 1983, he asserts the disciplinary action was unconstitutional. The report and recommendation concludes this action must be dismissed under the doctrine of *Heck v. Humphrey*, 512 U.S. 477, 487, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994), and *Edwards v. Balisok*, 520 U.S. 641, 648-49, 117 S. Ct. 1584, 137 L. Ed. 2d 906 (1997). Under that doctrine, the sole

federal avenue for attacking disciplinary action imposed upon a state prisoner that has the effect of lengthening his or her term of imprisonment is a petition for writ of habeas corpus; such an attack cannot be maintained under § 1983. Plaintiff's reliance in his objections on cases involving disciplinary segregation — but not a change in the length of incarceration — is misplaced.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

SO ORDERED this 3d day of July, 2006.

s/Robert L. Hinkle
Chief United States District Judge